EPHRAIM PENTLAND, CHARLES HIGGINS AND WILLIAM STEELE *versus* JOSEPH MASON

PAPERS IN FILE (1815): (1) Precipe for process; (2) affidavit for bail; (3) capias and return.

UNITED STATES *versus* THREE BARRELS OF JAMAICA SPIRITS

PAPERS IN FILE (1815): (1) Libel.